**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street, 2nd Floor
Las Vegas, Nevada  89101
Telephone:    (702) 84-5563
rschonfeld@cslawoffice.net

**JOHN BURTON,** *Pro Hac Vice*
California Bar No. 86029
**THE LAW OFFICES OF JOHN BURTON**
128 North Fair Oaks Avenue
Pasadena, California  91103
Telephone:    (626) 449-8300
jb@johnburtonlaw.com
**Attorneys for Plaintiff, Stacey M. Richards**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| **STACEY M. RICHARDS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CASE NO. 2:16-CV-1794-JCM-PAL** |
| v. | ) |
| | ) |
| **GREG COX, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION AND REQUEST TO EXTEND DISCOVERY**
**AND OTHER DEADLINES**
**(2ND REQUEST)**

**IT IS HEREBY STIPULATED** by and between Plaintiff, **STACEY M. RICHARDS**, by his counsel Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and John Burton, Esq., of the law offices of John Burton, and Clark G. Leslie, Chief Attorney General, counsel for Defendants, Greg Cox, et al, pursuant to FRCP 26(f) and Local Rule 26-1(e), that the discovery deadline dates and trial of this matter, shall be extended by at least ninety days with the

close of Discovery being **January 9, 2018**, subject to this Court's approval:

The Parties seek to modify the Scheduling Order to extend the discovery cut-off date and the motion cut-off date. This is necessary in order to effectively proceed with discovery herein.

1. Plaintiff's Complaint was filed on July 28, 2016;

2. Defendants Eric Boardman, Michael Byrne and William Gittere's Answer was filed on September 29, 2016;

3. Defendant Michael Fletcher's Answer to Complaint was filed on October 14, 2016;

4. Defendants Renee Baker and Greg Cox's Answer to Complaint was filed on November 1, 2016;

5. Counsel conducted the required case conference on October 5, 2016. Plaintiff was represented by Richard A. Schonfeld of Chesnoff and Schonfeld and John Burton of the law offices of John Burton. Defendants were represented by Clark G. Leslie, Chief Attorney General;

6. On November 9, 2016, this Honorable Court entered an Order setting discovery deadlines;

7. On February 8, 2017, Plaintiff Initial Disclosures were electronically served on Defendant;

8. On February 21, 2017, Plaintiff received Defendant's Initial Disclosures;

9. Plaintiff served Requests for Production of Documents, First Set of Interrogatories and Request for Admissions to Defendants and Mr. Leslie served Defendant's Requests for Production of Documents and First Set of Interrogatories and Request for Admissions directed to Plaintiff;

10. Plaintiff and Defendants have responded to the written discovery requests;

2

11. The parties have been gathering Plaintiff's medical records which include treatment with multiple providers in both Nevada and California, which took considerable time to complile. Said records have been exchanged between the parties;

12. The parties have been engaged in dialogue with an eye toward resolving this case. As a result, the parties had a joint call with one of the Plaintiff's surgeons that treated the Plaintiff after the incident in question. The purpose of the call was for the parties to gain insight as to the potential testimony of said witness without the need for a deposition at this time. The parties will continue their dialogue and believe that it is a better use of resources to attempt to resolve the case prior to the expenses associated with retaining and designating expert witnesses;

13. The Plaintiff was examined by Dr. Baruch Kupperman, a potential Plaintiff's expert, on November 15, 2016. In furtherance of the parties' efforts to resolve this matter the Plaintiff shared the records and reports that resulted from that examination, prior to any expert disclosure requirement being triggered;

14. The parties have been diligent in their discovery efforts, and if the matter is not resolved, there will be a need for numerous depositions in various locations within the United States, which necessitates the need for the additional time that is being requested herein;

15. The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | October 9, 2017 | January 9, 2018 |
| Amendment of Pleadings and Addition to Parties | July 7, 2017 | October 9, 2017 |
| Expert Disclosures pursuant to Fed R. Civ. PP 26(a)(2) | August 7, 2017 | November 7, 2017 |

3

| Rebuttal Expert Disclosures pursuant to Fed R. Civ. PP. 26 (a)(2) | September 7, 2017 | December 7, 2017 |
|---|---|---|
| Interim Status Report | September 7, 2017 | December 7, 2017 |
| Dispositive Motions | November 7, 2017 | February 7, 2018 |
| Joint Pretrial Order | December 11, 2017 | March 12, 2018 |

16.   This is the second request for extension of time in this matter.

**WHEREFORE**, the parties respectfully request that this Court extend the discovery periods as outlined above.

**DATED** this ____ day of July, 2017.

Respectfully submitted:

*/s/*
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street, 2nd Floor
Las Vegas, Nevada  89101
Telephone:    (702) 84-5563
rschonfeld@cslawoffice.net

*/s/*
**JOHN BURTON,** *Pro Hac Vice*
California Bar No. 86029
**THE LAW OFFICES OF JOHN BURTON**
128 North Fair Oaks Avenue
Pasadena, California  91103
Telephone:    (626) 449-8300
jb@johnburtonlaw.com
Attorneys for Plaintiff, Stacey M. Richards

/s/
**CLARK G. LESLIE**
Chief Attorney General
Bureau of Litigation
Public Safety Division
100 North Carson Street
Carson City, Nevada 89701-4717
Attorneys for Defendants

4

## ORDER

The Court has reviewed the Stipulation of counsel and finds Good Cause to grant said Stipulation. Accordingly, **IT IS ORDERED** adopting the above Stipulation and Request to Extend Discovery and other Deadlines.

**IT IS SO ORDERED.**

**DATED** this  12  day of July, 2017.

_____
**THE HONORABLE PEGGY A. LEEN**
United States Magistrate Judge