RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 84-5563
rschonfeld@cslawoffice.net

JOHN BURTON, *Pro Hac Vice*
California Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 449-8300
jb@johnburtonlaw.com
Attorneys for Plaintiff, Stacey M. Richards

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| STACEY M. RICHARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:16-CV-1794-JCM-PAL |
| v. | ) |
| | ) |
| GREG COX, et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND REQUEST TO EXTEND DISCOVERY AND OTHER DEADLINES
## (4TH REQUEST)

**IT IS HEREBY STIPULATED** by and between Plaintiff, **STACEY M. RICHARDS**, by his counsel Richard A. Schonfeld, Esq., of the law offices of Chesnoff & Schonfeld, and John Burton, Esq., of the law offices of John Burton, and Heather B. Zana, Deputy Attorney General, counsel for Defendants, Greg Cox, et al, pursuant to FRCP 26(f) and Local Rule 26-1(e), that the discovery deadline dates and trial of this matter, shall be extended by at least 120 days with the close

of Discovery being **September 10, 2018**, subject to this Court's approval:

The Parties seek to modify the Scheduling Order to extend the discovery cut-off date and the motion cut-off date. This is necessary in order to effectively proceed with discovery herein.

It should be noted that the parties began their efforts to select a mediator and coordinate a mediation in late October, 2017. After much dialogue, on December 12, 2017, the parties were able to agree upon a mediator. The mediation was scheduled and went forward on February 28, 2018, at JAMS with the Honorable Judge David Barker. Unfortunately, the case did not settle.

This stipulation is being submitted as the parties now need additional time to conduct discovery.

1. Plaintiff's Complaint was filed on July 28, 2016;

2. Defendants Eric Boardman, Michael Byrne and William Gittere's Answer was filed on September 29, 2016;

3. Defendant Michael Fletcher's Answer to Complaint was filed on October 14, 2016;

4. Defendants Renee Baker and Greg Cox's Answer to Complaint was filed on November 1, 2016;

5. Counsel conducted the required case conference on October 5, 2016. Plaintiff was represented by Richard A. Schonfeld of Chesnoff and Schonfeld and John Burton of the law offices of John Burton. Defendants were represented by Clark B. Leslie, Chief Attorney General;

6. On November 9, 2016, this Honorable Court entered an Order setting discovery deadlines;

7. On February 8, 2017, Plaintiff Initial Disclosures were electronically served on Defendant;

8. On February 21, 2017, Plaintiff received Defendant's Initial Disclosures;

9. Plaintiff served Requests for Production of Documents, First Set of Interrogatories and Request for Admissions to Defendants and Mr. Leslie served Defendant's Requests for Production of Documents and First Set of Interrogatories and Request for Admissions directed to Plaintiff.

10. The parties had been gathering Plaintiff's medical records which include treatment with multiple providers in both Nevada and California, and therefore it has taken considerable time to compile the records;

11. The parties have been engaged in dialogue with an eye toward resolving this case. As a result, the parties had a joint call with one of the Plaintiff's surgeons that treated the Plaintiff after the incident in question. The purpose of the call was for the parties to gain insight as to the potential testimony of said witness without the need for a deposition at this time. The parties are scheduled for Mediation at JAMS on February 28, 2018. This Stipulation is being submitted so that if the case does not resolve, the parties will have the necessary time to conduct additional discovery;

12. The following depositions took place on October 23, 2017, in Los Angeles, California:

    1. Detective Daniel Gore; and

    2. Sgt. Derek Bumgardner.

13. An additional basis for the extension of discovery is that the Plaintiff had been released from custody but is now back in custody as a result of a parole violation. Accordingly, counsel has had difficulty in communicating with Plaintiff;

14. The parties also have agreed on the following deposition schedule (subject to witness availability), in addition to other depositions that will be set, in the event that the case does not resolve by way of mediation:

 1. Michael Byrne, Las Vegas, Nevada, March 20, 2018;

 2. Eric Boardman, Ely, Nevada March 21, 2018;

 3. Renee Baker, Ely, Nevada, March 22, 2018;

 4. William Gittere, Ely, Nevada March 22, 2018;

 5. Greg Cox, Murrells Inlet, South Carolina, April 10, 2018;

 6. Michael Fletcher, Helena, Montana, April 12, 2018;

 7. Stacey Richards, Indian Springs, Nevada, April 16, 2018.

15. The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | May 9, 2018 | September 10, 2018 |
| Amendment of Pleadings and Addition to Parties | February 9, 2018 | June 11, 2018 |
| Expert Disclosures pursuant to Fed R. Civ. PP 26(a)(2) | March 7, 2018 | July 11, 2018 |
| Rebuttal Expert Disclosures pursuant to Fed R. Civ. PP. 26 (a)(2) | April 9, 2018 | August 13, 2018 |
| Interim Status Report | April 9, 2018 | August 13, 2018 |
| Dispositive Motions | June 7, 2018 | October 8, 2018 |
| Joint Pretrial Order | July 12, 2018 | November 12, 2018 |

16. The extension of the discovery deadline will necessitate a new trial date.

17. This is the fourth request for extension of time in this matter.

**WHEREFORE**, the parties respectfully request that this Court extend the discovery period by one hundred and twenty [120] days from the close of current discovery deadlines. Similarly, the parties request that the expert and rebuttal expert deadlines, the dispositive motion and pretrial order deadlines be extended pursuant to the above-referenced schedule.

**DATED** this 5th day of March, 2018.

Respectfully submitted:

/s/
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 84-5563
rschonfeld@cslawoffice.net

/s/
**JOHN BURTON, *Pro Hac Vice***
California Bar No. 86029
**THE LAW OFFICES OF JOHN BURTON**
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 449-8300
jb@johnburtonlaw.com
Attorneys for Plaintiff, Stacey M. Richards

/s/
**HEATHER B. ZANA**
Deputy Attorney General
Bureau of Litigation
Public Safety Division
100 North Carson Street
Carson City, Nevada 89701-4717
Attorneys for Defendants

## ORDER

The Court has reviewed the Stipulation of counsel and finds Good Cause to grant said Stipulation. Accordingly, **IT IS ORDERED** adopting the above Stipulation and Request to Extend Discovery and other Deadlines.

**IT IS SO ORDERED.**

**DATED** this 27th day of March, 2018.

**THE HONORABLE PEGGY A. LEEN**
United States Magistrate Judge

6