```
AARON D. FORD
  Attorney General
WILLIAM SHOGREN, Bar No. 14619
  Deputy Attorney General
AUSTIN T. BARNUM, Bar No. 15174
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Tel: (702) 486-0661
E-mail:  wshogren@ag.nv.gov
austin.barnum@ag.nv.gov
```
*Attorneys for Defendants*
*Renee Baker, Eric Boardman*
*and James Cox*

```
Richard Schonfeld, Nevada Bar No. 6815
rschonfeld@cslawoffice.net
CHESNOFF & SCHONFELD
520 South Fourth Street, 2nd Floor
Las Vegas, Nevada   89101
Telephone:   (702) 384-5563
```

```
John Burton, Pro Hac Vice, California Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone:   (626) 449-8300
```
*Attorneys for Plaintiff Stacey M. Richards*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STACEY M. RICHARDS,<br><br>                    Plaintiff,<br><br>v.<br><br>GREG COX, et al.,<br><br>                    Defendants. | Case No.  2:16-cv-01794-JCM-BNW<br><br>**JOINT STIPULATION AND ORDER TO VACATE AND RESCHEDULE THE SETTLEMENT CONFERENCE** |

Defendants, Renee Baker, Eric Boardman, and James "Greg" Cox, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, Austin T. Barnum, Senior Deputy Attorney General, and William P. Shogren, Deputy Attorney General, and

Plaintiff, Stacey M. Richards, by and through counsel, John Burton, Esq., and Richard Schonfeld, Esq., hereby submit this Joint Stipulation and Order to Vacate and Reschedule the Settlement conference current set for June 24, 2022, to a date most convenient for this Court in early August 2022.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.     RELEVANT BACKGROUND

This Court issued an order scheduling a settlement conference on June 24, 2022. ECF No. 103. Confidential settlement statements are due June 16, 2022. *Id.* at 1:13-17.

Parties held a meet and confer on May 24, 2022, to discuss, among other things, the current date. One of the undersigned counsel for defendants, Senior Deputy Attorney General, Austin T. Barnum, recently received mandatory military orders for the United States Army Reserves that prevent his attendance at the settlement conference on June 24, 2022. Although Plaintiff is prepared to proceed with the settlement conference on the date notice, to accommodate Defendants, he agreed to filing this joint stipulation for an order vacating the current date and deadlines for the settlement conference. The next most appropriate timeframe for both Parties is in the first week of August. (Plaintiff's counsel John Burton has a three-week jury trial scheduled to commence in Los Angeles Superior Court on July 5, 2022.)

### II.     LEGAL DISCUSSION

Parties stipulate to this Court vacating the current order setting the settlement conference and rescheduling for a date most convenient to this Court in early August. Courts have the inherent power to control their dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990) (citations omitted). Parties make this request because one of the undersigned counsel for Defendants recently received military orders and is, therefore, unavailable for the current date. This request is made in good faith and is not for the purpose of causing delay.

## III. CONCLUSION

Parties stipulate to this Court vacating its order in ECF No. 103 and rescheduling the settlement conference for a date most convenient to this Court in early August 2022.

DATED this 27th day of May 2022.                    DATED this 27th day of May 2022.

AARON D. FORD
Attorney General

By: ___/s/ John Burton_____           By: ___/s/ Austin T. Barnum_____
Richard Schonfeld, Nevada Bar No. 6815    Austin T. Barnum, Bar No. 15174
rschonfeld@cslawoffice.net                Senior Deputy Attorney General
CHESNOFF & SCHONFELD                      William Shogren, Bar No. 14619
520 South Fourth Street, 2nd Floor        Deputy Attorney General
Las Vegas, Nevada  89101                  Attorneys for Defendants
Telephone:  (702) 384-5563

John Burton, *Pro Hac Vice*,
California Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone:  (626) 449-8300
Attorneys for Plaintiff Stacey M. Richards

### ORDER

IT IS ORDERED that ECF No. 104 is GRANTED.

IT IS FURTHER ORDERED that the pre-Settlement Conference Telephonic Conference is RESCHEDULED to 8/4/2022 at 3:00 p.m. Counsel is kindly directed to call (877) 810-9415, access code 2365998.

IT IS FURTHER ORDERED that the Settlement Conference is RESCHEDULED to 8/5/2022 at 9:00 a.m. The Court will circulate a Zoom invitation closer to the rescheduled Settlement Conference date.

IT IS SO ORDERED
DATED: 6:57 pm, May 31, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**