AARON D. FORD
   Attorney General
WILLIAM SHOGREN, Bar No. 14619
   Deputy Attorney General
AUSTIN T. BARNUM, Bar No. 15174
   Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Tel: (702) 486-0661
E-mail: wshogren@ag.nv.gov
austin.barnum@ag.nv.gov
*Attorneys for Defendants*
*Renee Baker, Eric Boardman*
*and James Cox*

Richard Schonfeld, Nevada Bar No. 6815
rschonfeld@cslawoffice.net
CHESNOFF & SCHONFELD
520 South Fourth Street, 2nd Floor
Las Vegas, Nevada  89101
Telephone:  (702) 384-5563

John Burton, *Pro Hac Vice*, California Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone:  (626) 449-8300
*Attorneys for Plaintiff Stacey M. Richards*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STACEY M. RICHARDS, | Case No.  2:16-cv-01794-JCM-BNW |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER TO RESCHEDULE THE CONFIDENTIAL WRITTEN EVALUATION STATEMENT FILING DEADLINE** |
| GREG COX, et al., | |
| Defendants. | |

Defendants, Renee Baker, Eric Boardman, and James "Greg" Cox, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, Austin T. Barnum, Senior Deputy Attorney General, and William P. Shogren, Deputy Attorney General, and

Plaintiff, Stacey M. Richards, by and through counsel, John Burton, Esq., and Richard Schonfeld, Esq., hereby submit this Joint Stipulation and Order to Reschedule the Confidential Written Evaluation Statement Filing Deadline, current set for June 16, 2022, to a date most convenient for this Court in late July 2022.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   RELEVANT BACKGROUND

This Court issued an order scheduling a settlement conference on June 24, 2022. ECF No. 103. This Court set a deadline to submit Confidential Written Evaluation Statements for June 16, 2022. *Id.* at 1:13-17.

Parties filed a Joint Stipulation and Order to Vacate and Reschedule the Settlement Conference on May 27, 2022. ECF No. 104. On June 1, 2022, the Court issued an Order, vacating and rescheduling the settlement conference for August 5, 2022. ECF No. 105 at 3:16-26. However, neither the Parties' Joint Stipulation nor the Court's Order rescheduled the deadline to submit the Confidential Written Evaluation Statement. The deadline is still set for June 16, 2022. ECF No. 103 at 1:13-17.

### II.   LEGAL DISCUSSION

This Court ordered that the settlement conference be rescheduled from June 24, 2022, to August 5, 2022. ECF No. 105 at 3. Parties request that the deadline to submit Confidential Written Evaluation Statement Courts be rescheduled to a date closer to the August 5, 2022, settlement conference, such as the week before August 5. Courts have the inherent power to control their dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990) (citations omitted). This request is made in good faith and is not for the purpose of causing delay.

/ / /
/ / /
/ / /
/ / /
/ / /

### III. CONCLUSION

Parties stipulate to this Court vacating its order in ECF No. 103 and rescheduling the deadline for Parties to submit Confidential Written Evaluation Statements for a date most convenient to this Court in late July 2022.

DATED this 9th day of June 2022.          DATED this 9th day of June 2022.

                                                               AARON D. FORD  
                                                               Attorney General

By: __/s/ John Burton____          By: __/s/ William P. Shogren__  
Richard Schonfeld, Nevada Bar No. 6815     William P. Shogren, Bar No. 14619  
rschonfeld@cslawoffice.net                 Deputy Attorney General  
CHESNOFF & SCHONFELD                       William Shogren, Bar No. 14619  
520 South Fourth Street, 2nd Floor         Deputy Attorney General  
Las Vegas, Nevada 89101                    Attorneys for Defendants  
Telephone: (702) 384-5563  

John Burton, *Pro Hac Vice*,  
California Bar No. 86029  
jb@johnburtonlaw.com  
THE LAW OFFICES OF JOHN BURTON  
128 North Fair Oaks Avenue  
Pasadena, California 91103  
Telephone: (626) 449-8300  
Attorneys for Plaintiff Stacey M. Richards  

### ORDER

IT IS ORDERED that ECF No. 106 is GRANTED to the extent that the parties' confidential written evaluation statements are due by 4 p.m. on July 28, 2022.

IT IS SO ORDERED  
DATED: 4:22 pm, June 10, 2022

BRENDA WEKSLER  
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 9th day of June, 2022, I caused a copy of the foregoing, **JOINT STIPULATION AND ORDER TO RESCHEDULE THE CONFIDENTIAL WRITTEN EVALUATION STATEMENT FILING DEADLINE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

John Burton, Esq.
Law Offices of John Burton
128 N. Fair Oaks Ave.
Pasadena, CA 91103
jb@johnburtonlaw.com

Richard Schonfeld, Esq.
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
rschonfeld@cslawoffice.net

An employee of the
Office of the Attorney General