Richard Schonfeld, Nevada Bar No. 6815
rschonfeld@cslawoffice.net
CHESNOFF & SCHONFELD
520 South Fourth Street, 2nd Floor
Las Vegas, Nevada  89101
Telephone:   (702) 384-5563

John Burton, *Pro Hac Vice*, California Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California  91103
Telephone:   (626) 449-8300

Attorneys for Plaintiff Stacey M. Richards

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STACEY M. RICHARDS,<br><br>           Plaintiff,<br><br>v.<br><br>GREG COX, et al.,<br><br>           Defendants. | Case No. 2:16-cv-1794-JCM-BNW<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

The parties hereto, through their respective counsel of record, hereby stipulate that the entire action against all remaining parties be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All parties bear their own fees and costs.

Respectfully submitted,

Dated:  October 3, 2023

CHESNOFF & SCHONFELD
THE LAW OFFICES OF JOHN BURTON

By: /s/ John Burton
―――――――――――――――
John Burton
Attorneys for Plaintiff

Dated: October 3, 2023

AARON D. FORD
Attorney General

By: /s/ Marni Watkins
―――――――――――――――
Bureau Chief
Complex Litigation Attorney Generals
Attorneys for Plaintiff

Based on the foregoing stipulation,

IT IS ORDERED that the entire action against all remaining parties is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

All parties bear their own fees and costs.

Dated:

_____
United States District Judge