Richard Schonfeld, Nevada Bar No. 6815
rschonfeld@cslawoffice.net
CHESNOFF & SCHONFELD
520 South Fourth Street, 2nd Floor
Las Vegas, Nevada   89101
Telephone:   (702) 384-5563

John Burton, *Pro Hac Vice*, California Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California   91103
Telephone:   (626) 449-8300

Attorneys for Plaintiff Stacey M. Richards

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STACEY M. RICHARDS,<br><br>                    Plaintiff,<br><br>        v.<br><br>GREG COX, et al.,<br><br>                    Defendants. | Case No. 2:16-cv-1794-JCM-BNW<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

The parties hereto, through their respective counsel of record, hereby stipulate that the entire action against all remaining parties be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All parties bear their own fees and costs.

Respectfully submitted,

Dated:  October 3, 2023         CHESNOFF & SCHONFELD
                                THE LAW OFFICES OF JOHN BURTON

                                By: /s/ John Burton
                                    ―――――――――――――
                                    John Burton
                                    Attorneys for Plaintiff

Dated: October 3, 2023          AARON D. FORD
                                  Attorney General

                                By: /s/ Marni Watkins
                                    ―――――――――――――
                                    Bureau Chief
                                    Complex Litigation Attorney Generals
                                    Attorneys for Plaintiff

1 | Based on the foregoing stipulation,

2 | IT IS ORDERED that the entire action against all remaining parties is hereby
3 | dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

4 | All parties bear their own fees and costs.

6 | Dated: October 4, 2023.

_____
United States District Judge

- 2 -